UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ADVANCE WIRE FORMING, INC.<br>3636 West 58th Street<br>Cleveland, Ohio 44131 | ) ) ) | CASE NO.: |
| | ) ) | JUDGE |
| and | ) ) | **NOTICE OF REMOVAL OF CIVIL** |
| ADVANCE INDUSTRIES GROUP, LLC<br>3636 West 58th Street<br>Cleveland, Ohio 44131 | ) ) ) ) | **ACTION** |
| | ) | |
| and | ) ) | |
| AIG HOLDINGS, LLC<br>3636 West 58th Street<br>Cleveland, Ohio 44131 | ) ) ) ) | |
| | ) | |
| and | ) ) | |
| JAMES WILLIAMS<br>3636 West 58th Street<br>Cleveland, Ohio 44131 | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| JEFFREY STEIN<br>8218 S.E. 177th Winterthur Loop<br>The Villages, Florida 32162 | ) ) ) ) | |
| Defendant. | ) ) | |

Defendant, Jeffrey Stein ("Defendant"), by and through undersigned counsel, for his

Notice of Removal of this case to the United States District Court for the Northern District of

Ohio, states, pursuant to 28 U.S.C. §1446(a), as follows:

{01155217-1}

1

1.     On or about February 23, 2018, Plaintiffs, Advance Wire Forming, Inc., Advance Industries Group, LLC, AIG Holdings, LLC, and James Williams (collectively, "Plaintiffs"), filed a Complaint entitled *Advance Wire Forming, Inc. et al. v. Jeffrey Stein*, Cuyahoga County Court of Common Pleas Case No. CV-18-893545 (the "State Court Lawsuit").  A copy of the Summons and Complaint in the State Court Lawsuit are collectively attached hereto as Exhibit A.

2.     Defendant was served with the Summons and Complaint in the State Court Lawsuit on or about March 3, 2018.

3.     Plaintiff James Williams is a citizen of the State of Ohio.

4.     Plaintiff Advance Wire Forming, Inc. is an Ohio corporation with its principal place of business in Cuyahoga County, Ohio.

5.     Plaintiff Advance Industries Group, LLC is an Ohio limited liability company with its principal place of business in Cuyahoga County, Ohio.  The sole individual member of Advance Industries Group, LLC is Plaintiff James Williams, who is a citizen of the State of Ohio.

6.     Plaintiff AIG Holdings, LLC is an Ohio limited liability company with its principal place of business in Cuyahoga County, Ohio.  The sole individual member of AIG Holdings, LLC is Plaintiff James Williams, who is a citizen of the State of Ohio.

7.     Plaintiffs are thus citizens of the State of Ohio.

8.     Defendant is a citizen of the State of Florida.

9.     There is complete diversity of citizenship between Plaintiffs and Defendant.

10.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 115, 1391, 1441(a), and 1446(a) because the Cuyahoga County Court of Common Pleas, where the Complaint was filed, is a state court within the Northern District of Ohio.

11.     This Court has subject matter jurisdiction under 28 U.S.C. §1332(a) because (1) there is complete diversity of citizenship between Plaintiffs and Defendant, (2) the amount in controversy based on Plaintiffs' Complaint, with five of the six counts seeking damages in excess of $25,000, exceeds $75,000, exclusive of interests and costs, and (3) all other requirements for removal have been satisfied.

12.     On the same date as the filing of this Notice of Removal, Defendant is serving by regular and electronic mail a copy of this Notice of Removal upon Plaintiffs' attorneys, Joseph T. Burke and Michael G. Polito, Polito Rodstrom Burke LLP, 21300 Lorain Road, Fairview, Ohio 44126; josephburke@aol.com; mpolito@prblaw.com.

13.     On the same date as the filing of this Notice of Removal, Defendant is filing a copy of this Notice of Removal with the Clerk of Court for the Cuyahoga County, Ohio Court of Common Pleas, the county in which this action was commenced and pending at the time the Notice of Removal was filed with this Court.

{01155217-1}

Respectfully submitted,

*/s/ David A. Schaefer*

David A. Schaefer (0014297)
Charles P. Royer (0037104)
Nicholas R. Oleski (0095808)
McCarthy, Lebit, Crystal
 & Liffman Co., LPA
101 West Prospect Avenue
1800 Midland Building
Cleveland, Ohio 44115
(216) 696-1422 – Telephone
(216) 696-1210 – Facsimile
das@mccarthylebit.com
cpr@mccarthylebit.com
nro@mccarthylebit.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The foregoing was electronically filed this 29th day of March 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, undersigned counsel is serving this Notice of Removal on Plaintiff's counsel by email and regular U.S. mail upon the following:

Joseph T. Burke
Michael G. Polito
Polito Rodstrom Burke LLP
21300 Lorain Road
Fairview, Ohio 44126
josephburke@aol.com
mpolito@prblaw.com

*/s/ David A. Schaefer*

David A. Schaefer (0014297)
*One of the Attorneys for Defendant*

{01155217-1}

4